IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 09-137 |
| ALFREDERICK JONES | : | |

**ORDER**

AND NOW, this __16th__ day of September, 2009, upon consideration of Government's Motion to Admit Tape Recordings (Doc. No. 18), Defendant's Motion to Dismiss the Indictment (Doc. No. 26), and Defendant's Motion to Compel (Doc. No. 27), and all documents in support thereof and in opposition thereto, and after a hearing in open court, it is ORDERED as follows:

1. The Government's unopposed Motion to Admit Tape Recordings (Doc. No. 18) is GRANTED;

2. Defendant's Motion to Dismiss the Indictment (Doc. No. 26) is DENIED; and

3. Defendant's Motion to Compel (Doc. No. 27) is GRANTED in part and DENIED in part.  The Government shall review the files of the cases involving the CI for the period between the beginning of the CI's involvement in Defendant's case, in October 2007, and Defendant's indictment in March 2009.  The Government shall provide to Defendant *Brady* or *Giglio* material contained in those files, consistent with the attached Memorandum.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.