IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO.  09-137-1 |
| v. | : | |
| | : | CIV. NO. 12-1956 |
| ALFREDERICK JONES | : | |

## O R D E R

**AND NOW**, this ___8th___ day of __April__, 2014, upon consideration of Petitioner's Habeas Corpus Motion under 28 U.S.C. § 2255 (ECF No. 69), and all memoranda and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** that:

1. Petitioner's Habeas Corpus Motion under 28 U.S.C. § 2255 is **DENIED**;

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**